# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-1974V
UNPUBLISHED

| | |
|---|---|
| CHRISTINA LEPRE,<br><br>                  Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                  Respondent. | Chief Special Master Corcoran<br><br>Filed: March 31, 2022<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*James M, Merrigan, Rawson, Merrigan & Litner, LLP,* Boston, MA, for Petitioner.

*Kimberly Shubert Davey, U.S. Department of Justice,* Washington, DC, for Respondent.

### **DECISION AWARDING DAMAGES**[1]

On December 30, 2019, Christina Lepre filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she "suffered a left shoulder impingement and a mild partial rotator cuff tear with tendinopathy of the supraspinatus, which was 'caused in fact' by her receipt of the" trivalent influenza ("flu") vaccine on March 5, 2018. Petition at 1, ¶ 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 12, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA. On March 31, 2022, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $50,650.00, representing $50,000.00 for her past pain and suffering and $650.00 for her past

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

unreimbursable expenses. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $50,650.00, representing $50,000.00 for her actual pain and suffering and $650.00 for her actual unreimbursable expenses in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

_____
                                    )
**CHRISTINA LEPRE,**                )
                                    )
      Petitioner,           )
                                    )   No. 19-1974V(ECF)
   v.                               )   Chief Special Master Corcoran
                                    )
**SECRETARY OF HEALTH AND**         )
**HUMAN SERVICES,**                 )
                                    )
      Respondent.           )
_____)

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On December 30, 2019, Christina Lepre ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the Act"), 42 U.S.C. §§ 300aa-1 to -34. Petitioner alleged that she suffered a left shoulder impingement and a mild partial rotator cuff tear with tendinopathy of the supraspinatus, which was "caused in fact" by her receipt of an influenza ("flu") vaccine on March 5, 2018. Petition at 1. On August 12, 2021, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report recommending that compensation be awarded, and the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF Nos. 36, 37.

    **I.**    **Items of Compensation**

        A.  Pain and Suffering

Respondent proffers that petitioner should be awarded $50,000.00 in actual pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

B. Past Unreimbursable Expenses

Evidence supplied by petitioner documents her expenditure for past unreimbursable expenses related to her vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $650.00, as provided under the Vaccine Act, 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

II. Form of the Award

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following: a lump sum payment of $50,650.00, representing compensation for actual pain and suffering ($50,000.00) and past unreimbursable expenses ($650.00) in the form of a check payable to petitioner, Christina Lepre. Petitioner agrees.

III. Summary of Recommended Payments Following Judgment

Lump sum payable to petitioner, Christina Lepre:      $ 50,650.00

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

2

                      */s/ Kimberly S. Davey*
                      KIMBERLY S. DAVEY
                      Trial Attorney
                      Torts Branch, Civil Division
                      U.S. Department of Justice
                      P.O. Box 146
                      Benjamin Franklin Station
                      Washington, D.C. 20044-0146
                      Tel: (202) 307-1815
                      Kimberly.Davey@usdoj.gov

DATED: March 31, 2022